# EXHIBIT A

From: **Carolyn Meckbach** <Carolyn_Meckbach@mad.uscourts.gov>
Date: Thu, Sep 9, 2021 at 5:08 PM
Subject: RE: Varsity Blues jury selection - remote?
To: Levitz, Jennifer <jennifer.levitz@wsj.com>

Hi Jennifer, this was passed along from the Judge and clerk:

"In all jury trials, the individual voir dire of prospective jurors is conducted at sidebar outside of the hearing of the general public and the press for the sake of juror privacy. This case requires a large number of prospective jurors to appear and be subjected to a lengthy jury selection process. Accordingly, the Court determined that limiting access to the individual voir dire procedure would best protect the privacy of prospective jurors and ensure an efficient jury selection process."

After voir dire tomorrow, the pre-emptory challenges will become open/available on Zoom and in person (with limited seating)

Thanks,



**Carolyn Meckbach**

Public Information Specialist

U.S. District Court, District of Massachusetts
617-320-8554 | 617-748-9072

www.mad.uscourts.gov/general/media.htm