# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

v.

GREGORY COLBURN, et al.,

Defendants.

Case No. 1:19-CR-10080-NMG

## ASSENTED-TO MOTION FOR LEAVE TO FILE PORTIONS OF SENTENCING MEMORANDUM AND LETTERS IN SUPPORT UNDER SEAL

Defendants Amy Colburn and Gregory Colburn (the "Colburns"), respectfully request the Court for leave to file under seal limited portions of their forthcoming sentencing memorandum and letters in support of the Colburns to be filed therewith. Certain portions of the sentencing memorandum and letters discuss confidential and personal information related to Greg Colburn's health. The government assents to this Motion.

1.      After showing "good cause" materials may be filed under seal. *See* Local Rule 7.2(a). In evaluating whether to seal documents, courts weigh the public's presumptive right of access to judicial records with any "[i]mportant countervailing interests" that can "overwhelm the usual presumption and defeat access." *United States v. Kravetz*, 706 F.3d 47, 59 (1st Cir. 2013) (quoting *Siedle v Putnam Invs.*, 147 F.3d 7, 10 (1st Cir. 1998)). Countervailing interests include privacy interests of third parties, which "weigh heavily in a court's balancing equation" and are protected from public access because they constitute a "venerable common law exception to the presumption of access." *Kravetz*, 706 F.3d at 62 (quoting *United States v. Amodeo*, 71 F.3d 1044, 1051 (2d Cir. 1995)). Medical information is "universally assumed to be

private, not public." *Kravetz*, 706 F.3d at 63 (quoting *In re Boston Herald*, 321 F.3d at 190); *see also United States v. Kravetz*, 948 F. Supp. 2d 89, 93 (D. Mass. 2013).

2.      Here, the Colburns' friends and family have submitted letters of support to the Court that contain highly sensitive information that implicate Greg Colburn's privacy interests. The Colburns request that the Court protect that sensitive information from public disclosure.

3.      The material subject to the sealing order is limited and, given that disclosure of the information will unduly affect those privacy interests, the requested limited sealing order will strike the appropriate balance.

4.      The Court has authorized other defendants in this case to seal or partially seal such material. *See, e.g.*, ECF Nos. 854 (Michelle Janavs), 861 (Elizabeth Hernriquez), 1830 (William McGlashan), 2449 (Elisabeth Kimmel), 2476 (Marci Palatella), and 2513 (Gamal Abdelaziz).

Accordingly, pursuant to Local Rule 7.2, the Defendants ask that the Court grant leave to file portions of their sentencing memorandum and letters in support under seal. The Colburns will provide the government and Court unredacted copies of the documents filed under seal.

WHEREFORE the Colburns respectfully request that the Court allow the instant Motion and grant leave to file portions of their sentencing memorandum and letters in support under seal.

Dated: April 7, 2022

Respectfully submitted,


/s/ *David S. Schumacher*
David S. Schumacher (BBO #647917)
Angela J. Benoit (BBO #703213)
HOOPER, LUNDY & BOOKMAN, P.C.
470 Atlantic Avenue, Suite 1201
Boston, MA 02210
(617) 532-2700
(617) 345-3927 (fax)
dschumacher@health-law.com
abenoit@health-law.com

Patric Hooper (*Pro Hac Vice*)
HOOPER, LUNDY & BOOKMAN, P.C.
1875 Century Park East, Suite 1600
Los Angeles, California 90067-2517
(310) 551-8111
(310) 551-8181 (fax)
phooper@health-law.com

Jordan Kearney (*Pro Hac Vice*)
HOOPER, LUNDY & BOOKMAN, P.C.
575 Market Street, Suite 2300
San Francisco, CA 94105
(415) 875-8500
(415) 875-8519 (fax)
jkearney@health-law.com

*Counsel for Defendants Amy Colburn and Gregory
Colburn*

**LOCAL RULE 7.1 CERTIFICATION**

I, David S. Schumacher, hereby certify that, on April 5, 2022, I conferred with counsel for the government regarding this Motion. The government assents to this motion.

/s/ *David S. Schumacher*
David S. Schumacher
*Counsel for Defendants Amy Colburn and Gregory Colburn*

**CERTIFICATE OF SERVICE**

In accordance with Local Rule 5.2(b), I, David S. Schumacher, hereby certify that on April 7, 2022 this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *David S. Schumacher*
David S. Schumacher
*Counsel for Defendants Amy Colburn and Gregory Colburn*