UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.              )<br>)<br>GAMAL ABDELAZIZ, )<br>JOHN WILSON, )<br>        Defendants. ) | Criminal No. 19-10080-NMG |

NOTICE OF DISMISSAL

Pursuant to Fed. R. Crim. P. 48(a), the Acting United States Attorney for the District of Massachusetts hereby dismisses Counts One and Two of the Fourth Superseding Indictment as to Gamal Abdelaziz and Counts One, Two, Six, Eight, Nine, Eleven, and Twelve of the Fourth Superseding Indictment as to John Wilson. The government requests that the Court schedule a date for resentencing defendant John Wilson on Count Thirteen.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

STEPHEN E. FRANK
KRISTEN A. KEARNEY
LESLIE A. WRIGHT
IAN J. STEARNS
Assistant United States Attorneys

Date:  June 29, 2023

Leave to File Granted:

_____
Nathaniel M. Gorton, Judge
United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Stephen E. Frank
STEPHEN E. FRANK
Assistant United States Attorney