AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:19-cr-10080-LTS-17 |
| Gamal Abdelaziz, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Netflix, Inc.

Date: 05/02/2025

/s/ Jonathan M. Albano
*Attorney's signature*

Jonathan M. Albano, BBO# 013850
*Printed name and bar number*
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110

*Address*

jonathan.albano@morganlewis.com
*E-mail address*

(617) 951-8360
*Telephone number*

(617) 341-7701
*FAX number*